DUNN ET AL. *v.* COUNTY OF LOS ANGELES ET AL.

No. 952. Decided June 23, 1958.

*Henry W. Robinson* for appellants.

*Harold W. Kennedy* for the County of Los Angeles, appellee.

*Roger J. Whiteford, John J. Wilson, Oscar John Dorwin* and *Ray A. Pittman, Jr.,* for the Texas Company, appellee.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.